*In re* DOWAGIAC MANUFACTURING CO.

Submitted January 25, 1909.—Decided February 1, 1909.

Petition for leave to file petition for mandamus to the Circuit Court of Appeals directing it to reinstate an appeal from the Circuit Court which had already been decided by such Court of Appeals, denied.

Mr. *Fred L. Chappell*, Mr. *Morrison. I. Waite* and Mr. *Edmund Wetmore* for petitioner.

*Per Curiam:* Motion for leave to file a petition for a writ of mandamus denied.